UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES PETERSEN,
Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,
Defendants.

26-CV-7569 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that Plaintiff's claims as to only Defendant Equifax Information Services, LLC ("Defendant") are dismissed without prejudice and without costs; provided, however, that within 60 days after the date of this Order, (1) the Plaintiff may apply by letter motion to reinstate his claims against Defendant in the event that the settlement is not consummated, and (2) the parties may submit their own stipulation of settlement and dismissal as to Defendant for the Court to so-order.

If no application to reopen is filed within 60 days after the date of this Order, then (1) Plaintiff's claims against Defendant shall be deemed dismissed with prejudice (unless otherwise specified in the parties' stipulation of dismissal), and (2) any application to reinstate his claims against Defendant will be denied as untimely.

SO ORDERED.

Dated: November 4, 2026
New York, New York

J. PAUL OETKEN
United States District Judge